1
2
3
4
5
6                         UNITED STATES DISTRICT COURT
7                              DISTRICT OF NEVADA
8                                    * * *
9    OSCAR RICO-ARREOLA,                      Case No. 3:13-cv-00580-MMD-WGC
10                           Petitioner,                    ORDER
          v.
11
     WARDEN SMITH,
12
                           Respondents.
13

14        Petitioner has paid the filing fee. He has also submitted a motion for appointment

15   of counsel (dkt. no. 7).  Petitioner is unable to afford counsel, and the issues presented

16   warrant the appointment of counsel.  *See* 18 U.S.C. § 3006A(a)(2)(B).

17        It is therefore ordered that the Clerk of the Court file the petition for a writ of

18   habeas corpus.

19        It is further ordered that petitioner's motion for appointment of counsel (dkt. no. 7)

20   is granted. The Federal Public Defender is provisionally appointed to represent

21   petitioner.

22        It is further ordered that the Federal Public Defender shall have thirty (30) days

23   from the date that this order is entered to undertake direct representation of petitioner or

24   to indicate to the Court his inability to represent petitioner in these proceedings. If the

25   Federal Public Defender does undertake representation of petitioner, he shall then have

26   sixty (60) days to file an amended petition for a writ of habeas corpus. If the Federal

27   Public Defender is unable to represent petitioner, then the Court shall appoint alternate

28   counsel.

1       It is further ordered that neither the foregoing deadline nor any extension thereof

2   signifies or will signify any implied finding of a basis for tolling during the time period

3   established.  Petitioner at all times remains responsible for calculating the running of the

4   federal limitation period and timely asserting claims.

5       It is further ordered that the Clerk shall add Catherine Cortez Masto, Attorney

6   General for the State of Nevada, as counsel for respondents.

7       It is further ordered that the Clerk shall electronically serve both the Attorney

8   General of the State of Nevada and the Federal Public Defender a copy of the petition

9   and a copy of this order.

10      It is further ordered that respondents' counsel shall enter a notice of appearance

11  within twenty (20) days of entry of this order, but no further response shall be required

12  from respondents until further order of the Court.

13      It is further ordered that any exhibits filed by the parties shall be filed with a

14  separate index of exhibits identifying the exhibits by number or letter. The CM/ECF

15  attachments that are filed further shall be identified by the number or numbers (or letter

16  or letters) of the exhibits in the attachment. The hard courtesy copy of any additional

17  state court record exhibits shall be forwarded — for this case — to the staff attorneys in

18  Las Vegas.

19

20      DATED THIS 4th day of June 2014.

21

22      MIRANDA M. DU
        UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28