UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| OSCAR RICO-ARREOLA,<br><br>　　　　　　　　　Petitioner,<br>　v.<br>WARDEN SMITH, et al.,<br><br>　　　　　　　　　Respondents. | Case No. 3:13-cv-00580-MMD-WGC<br><br>ORDER |

Petitioner has submitted a first amended petition for writ of habeas corpus (dkt. no. 14) and a request for leave and extension of time to file second amended petition (dkt. no. 18). The Court grants petitioner's motion but notes that this order will have no effect upon the timeliness of any grounds raised in a second amended petition.

It is therefore ordered that petitioner's request for leave and extension of time to file second amended petition (dkt. no. 18) is granted. Petitioner shall have through October 27, 2014, to file and serve a second amended petition.

DATED THIS 4th day of August 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE