UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

OSCAR RICO-ARREOLA,

                              Petitioner,

          v.

WARDEN SMITH, et al.,

                              Respondents.

Case No. 3:13-cv-00580-MMD-WGC

ORDER

Petitioner having filed an unopposed motion for an extension of time to file reply to respondents answer (second request) (ECF No. 46), and good cause appearing, it is therefore ordered that petitioner's unopposed motion for an extension of time to file reply to respondents' answer (first request) (ECF No. 46) is granted. Petitioner will have through August 17, 2016, to file a reply to the answer (ECF No. 43).

DATED THIS 25th day of July 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE